AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of New Jersey ▼

THEODORE J. LEVY and HELAINE A. LEVY, )
)
*Plaintiff* )
)
v. ) Civil Action No.
JAGUAR LAND ROVER NORTH AMERICA, LLC., )
JAGUAR LAND ROVER LTD., )
and TATA MOTORS LTD. )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jaguar Land Rover North America, LLC
100 Jaguar Land Rover Way
Mahwah, NJ 07495


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jared Weiden, Esq.
A. Cohen Law Firm, P.C.
11 Sunrise Plaza, Suite # 304
Valley Stream, NY 11580

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | | |
|---|---|---|
| THEODORE J. LEVY and HELAINE A. LEVY | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. |
| JAGUAR LAND ROVER NORTH AMERICA, LLC., JAGUAR LAND ROVER LTD., TATA MOTORS, LTD | ) ) | |
| *Defendant* | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jaguar Land Rover LTD
Abbey Road Whitley Coventry, CV3 4LF
United Kingdom


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jared Weiden, Esq.
A. Cohen Law Firm, P.C.
11 Sunrise Plaza, Suite # 304
Valley Stream, NY 11580


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date: _____      _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | | |
|---|---|---|
| THEODORE J. LEVY and HELAINE A. LEVY | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. |
| JAGUAR LAND ROVER NORTH AMERICA, LLC., JAGUAR LAND ROVER LTD., TATA MOTORS, LTD | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  TATA MOTORS, LTD
Bombay House, 24 Homi Mody Street,
Mumbai, India 400 001


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jared Weiden, Esq.
A. Cohen Law Firm, P.C.
11 Sunrise Plaza, Suite # 304
Valley Stream, NY 11580


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____            _____
*Signature of Clerk or Deputy Clerk*